UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CORENIA S. SIROTA

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

CORENIA S. SIROTA

    Respondent(s)

CHAPTER 13

CASE NO: 5-20-03625-RNO

## TRUSTEE'S MOTION TO DISMISS CASE
## FOR FAILURE TO OBTAIN CREDIT COUNSELING

AND NOW, on January 13, 2021, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1) A Petition under Chapter 13 was filed on December 28, 2020.

2) The Debtor(s) did not comply with the credit counseling requirements of 11 U.S.C. Sections 109(h) and 521(b) and therefore do not qualify as a debtor under the Bankruptcy Code.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

Respectfully Submitted,

s/ Charles J. DeHart, III
Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
Email: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CORENIA S. SIROTA				CHAPTER 13

						CASE NO: 5-20-03625-RNO

    Debtor(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss. The Debtor(s) did not comply with the credit counseling requirements of 11U.S.C. Sections 109(h) and 521(b) and therefore do not qualify as a debtor under the Bankruptcy Code.

If you wish to contest this matter, you must file an objection with the Bankruptcy Clerk on or before February 3, 2021 and serve a copy on the movant and counsel. Any filing must conform to the Rules of Bankruptcy Procedure.

If no objections are filed, an order may be entered dismissing the case.

                                            Charles J. DeHart, III, Trustee
                                            8125 Adams Drive, Suite A
                                            Hummelstown, PA 17036
                                            Phone: (717) 566-6097

Dated: January 13, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CORENIA S. SIROTA

Debtor(s)

CHAPTER 13

CASE NO: 5-20-03625-RNO

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on January 13, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| MICHAEL J McCRYSTAL, ESQUIRE<br>UPRIGHT LAW, LLC<br>151 MAIN STREET, STE A<br>EMMAUS, PA 18049- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| CORENIA S. SIROTA<br>584 E MAIN STREET<br>MILLVILLE, PA 17846 | Served by 1ST class mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: January 13, 2021

Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: CORENIA S. SIROTA | |
| Debtor(s) | CHAPTER 13 |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE | |
| Movant | CASE NO: 5-20-03625-RNO |
| vs. | |
| CORENIA S. SIROTA | MOTION TO DISMISS |
| Respondent(s) | |

**ORDER DISMISSING CASE**

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.