Certificate Number: 03088-PAM-DE-035273918

Bankruptcy Case Number: 20-03625


03088-PAM-DE-035273918

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 16, 2021, at 11:53 o'clock AM CST, Corenia Sirota completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 16, 2021  By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor