United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Corenia S. Sirota  
    Debtor

Case No. 20-03625-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4  
Date Rcvd: Feb 08, 2021      Form ID: ntcnfhrg      Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Corenia S. Sirota, 584 E Main Street, Millville, PA 17846-9203 |
| cr | + | CAVALRY SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 5382005 | + | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5382008 | + | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisbiurg, PA 17105-2461 |
| 5387997 | + | BBVA USA, PO Box 10566, Birmingham, AL 35296-0001 |
| 5382009 | + | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5382023 | ++ | CORTRUST BANK, PO BOX 7030, MITCHELL SD 57301-7030 address filed with court:, CorTrust Bank, Attn: Bankruptcy, 100 E Havens Ave, Mitchell, SD 57301 |
| 5388560 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 5382016 | + | Central Loan, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628-6404 |
| 5387867 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5382018 | + | Citibank/Sunoco, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5382019 | + | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5382026 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 5382027 | | EOS/CCA, PO Box 981002, Boston, MA 02298-1002 |
| 5382028 | + | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5382034 | + | Geisinger Health Systems, 100 North Academy Avenue, Danville, PA 17822-9800 |
| 5382036 | + | Lehighow Co. Inc., 74 Eyer Road, Danville, PA 17821-8367 |
| 5382038 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5387497 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5382042 | | Millville Boro, 136 Morehead Avenue, PO Box 30, Millville, PA 17846-0030 |
| 5382043 | + | OCWEN Loan Servicing, Attn: Bankruptcy, 1661 Worthington Rd St. 100, West Palm Beach, FL 33409-6493 |
| 5382048 | + | OneWest Bank Mortgage Servicing, Attn: Bankruptcy, OneWest Bank, Po Box 7056, Pasadena, CA 91109-7056 |
| 5386594 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5382049 | | PPL Electric Uilities, Customer Services, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5382051 | + | Robinson and Jung LLC, Family Dentistry, 204 East Street, Bloomsburg, PA 17815-1845 |
| 5382058 | + | Ted Heap's Container Service, 388 Jerseytown Road, PO Box 208, Millville, PA 17846-0208 |
| 5387350 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5382059 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, Us Bank, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2021 09:40:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5382004 | + | Email/Text: amscbankruptcy@adt.com | Feb 08 2021 19:06:00 | ADT, 3190 S. Vaughn Way, Aurora, CO 80014-3512 |
| 5386986 | + | Email/Text: amscbankruptcy@adt.com | Feb 08 2021 19:06:00 | ADT LLC, 3190 South Vaughn Way, Aurora, CO 80014-3512 |

| Recipient | | Notice Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 5382010 | + | Email/Text: defaultspecialty.us@bbva.com | Feb 08 2021 19:05:00 | BBVA Compass, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296-0001 |
| 5382011 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 08 2021 19:15:10 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5382012 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 08 2021 19:16:19 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5382014 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 08 2021 19:15:10 | Capital One/Younkers, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5382015 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 08 2021 19:15:42 | Carson Smithfield LLC, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 5387867 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 08 2021 19:39:45 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5382018 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 08 2021 19:39:44 | Citibank/Sunoco, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5382019 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 08 2021 19:39:45 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5382020 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 08 2021 19:05:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 5382022 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 08 2021 19:05:00 | ComenityBank/Venus, Attn: Bankruptcy Dept, Po Box 182273, Columbus, OH 43218-2273 |
| 5382024 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 08 2021 19:15:43 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5382032 | + | Email/Text: cashiering-administrationservices@flagstar.com | Feb 08 2021 19:06:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5382033 | | Email/Text: bankruptcy@fult.com | Feb 08 2021 19:06:00 | Fnb Danville, 354 Mill St, Danville, PA 17821 |
| 5382035 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 08 2021 19:05:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5382037 | | Email/Text: camanagement@mtb.com | Feb 08 2021 19:05:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5387445 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 08 2021 19:16:23 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5382039 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 08 2021 19:15:41 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5382040 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 08 2021 19:05:00 | Midland Credit Mgmt Inc., 2365 Northside Drive, STE 300, San Diego, CA 92108-2709 |
| 5384594 | | Email/PDF: cbp@onemainfinancial.com | Feb 08 2021 19:15:12 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5382044 | + | Email/PDF: cbp@onemainfinancial.com | Feb 08 2021 19:16:20 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5382050 | + | Email/Text: bankruptcy@prosper.com | Feb 08 2021 19:06:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 5386985 | | Email/Text: bnc-quantum@quantum3group.com | Feb 08 2021 19:05:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5382271 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 08 2021 19:16:18 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5382052 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 08 2021 19:16:18 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5382053 | + | Email/PDF: gecsedi@recoverycorp.com | | |

|         |                                                                      |                      |                                                                                                  |
|---------|----------------------------------------------------------------------|----------------------|--------------------------------------------------------------------------------------------------|
|         |                                                                      | Feb 08 2021 19:16:19 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060                |
| 5382054 | + Email/PDF: gecsedi@recoverycorp.com                                | Feb 08 2021 19:16:19 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064         |
| 5382055 | + Email/PDF: gecsedi@recoverycorp.com                                | Feb 08 2021 19:15:40 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060                    |
| 5382056 | + Email/PDF: gecsedi@recoverycorp.com                                | Feb 08 2021 19:16:19 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060                     |
| 5382057 | + Email/PDF: gecsedi@recoverycorp.com                                | Feb 08 2021 19:16:19 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060           |
| 5382060 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 08 2021 19:05:00 | Verizon Wireless Bkrtcy. Admin., 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225   |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| 5382003  |               | ADT |
| 5382002  |               | Aarons Furniture Rental |
| 5382041  |               | Millvile Borough |
| 5382006  | *+            | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5382013  | *+            | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5382017  | *+            | Central Loan, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628-6404 |
| 5382021  | *+            | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 5382025  | *+            | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5382029  | *+            | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5382030  | *+            | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5382031  | *+            | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5382045  | *+            | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5382046  | *+            | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5382047  | *+            | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5382007  | ##+           | Alltran Financial LP, PO Box 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 3 Undeliverable, 11 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Feb 10, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2021 at the address(es) listed below:

| Name | Email Address |
|------|---------------|
| Bass and Associates PC | |

| | |
|---|---|
| | on behalf of Creditor CAVALRY SPV I LLC ecf@bass-associates.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Michael J McCrystal | on behalf of Debtor 1 Corenia S. Sirota mccrystallaw@gmail.com sueparalegal@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| --- | --- | --- |
| Corenia S. Sirota,<br>**Debtor 1** | Chapter | 13 |
| | Case No. | 5:20−bk−03625−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **March 31, 2021** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court<br>The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: April 7, 2021<br>Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 8, 2021 |

ntcnfhrg (03/18)