United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                Case No. 20-03625-RNO

Corenia S. Sirota                                Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                             User: AutoDocke                         Page 1 of 4

Date Rcvd: Feb 08, 2021                    Form ID: pdf002                       Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol    Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##           Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Corenia S. Sirota, 584 E Main Street, Millville, PA 17846-9203 |
| cr | + | CAVALRY SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 5382005 | + | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5382008 | + | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisbiurg, PA 17105-2461 |
| 5387997 | + | BBVA USA, PO Box 10566, Birmingham, AL 35296-0001 |
| 5382009 | + | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5382023 | ++ | CORTRUST BANK, PO BOX 7030, MITCHELL SD 57301-7030 address filed with court:, CorTrust Bank, Attn: Bankruptcy, 100 E Havens Ave, Mitchell, SD 57301 |
| 5388560 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 5382016 | + | Central Loan, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628-6404 |
| 5387867 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5382018 | + | Citibank/Sunoco, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5382019 | + | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5382026 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 5382027 | | EOS/CCA, PO Box 981002, Boston, MA 02298-1002 |
| 5382028 | + | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5382034 | + | Geisinger Health Systems, 100 North Academy Avenue, Danville, PA 17822-9800 |
| 5382036 | + | Lehighow Co. Inc., 74 Eyer Road, Danville, PA 17821-8367 |
| 5382038 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5387497 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5382042 | | Millville Boro, 136 Morehead Avenue, PO Box 30, Millville, PA 17846-0030 |
| 5382043 | + | OCWEN Loan Servicing, Attn: Bankruptcy, 1661 Worthington Rd St. 100, West Palm Beach, FL 33409-6493 |
| 5382048 | + | OneWest Bank Mortgage Servicing, Attn: Bankruptcy, OneWest Bank, Po Box 7056, Pasadena, CA 91109-7056 |
| 5386594 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5382049 | | PPL Electric Uilities, Customer Services, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5382051 | + | Robinson and Jung LLC, Family Dentistry, 204 East Street, Bloomsburg, PA 17815-1845 |
| 5382058 | + | Ted Heap's Container Service, 388 Jerseytown Road, PO Box 208, Millville, PA 17846-0208 |
| 5387350 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5382059 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, Us Bank, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2021 09:40:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5382004 | + | Email/Text: amscbankruptcy@adt.com | Feb 08 2021 19:06:00 | ADT, 3190 S. Vaughn Way, Aurora, CO 80014-3512 |
| 5386986 | + | Email/Text: amscbankruptcy@adt.com | Feb 08 2021 19:06:00 | ADT LLC, 3190 South Vaughn Way, Aurora, CO 80014-3512 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5382010 | + | Email/Text: defaultspecialty.us@bbva.com | Feb 08 2021 19:05:00 | BBVA Compass, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296-0001 |
| 5382011 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 08 2021 19:16:22 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5382012 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 08 2021 19:15:42 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5382014 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 08 2021 19:16:22 | Capital One/Younkers, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5382015 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 08 2021 19:16:23 | Carson Smithfield LLC, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 5387867 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 08 2021 19:40:36 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5382018 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 08 2021 19:40:36 | Citibank/Sunoco, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5382019 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 08 2021 19:41:12 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5382020 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 08 2021 19:05:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 5382022 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 08 2021 19:05:00 | ComenityBank/Venus, Attn: Bankruptcy Dept, Po Box 182273, Columbus, OH 43218-2273 |
| 5382024 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 08 2021 19:15:15 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5382032 | + | Email/Text: cashiering-administrationservices@flagstar.com | Feb 08 2021 19:06:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5382033 | | Email/Text: bankruptcy@fult.com | Feb 08 2021 19:06:00 | Fnb Danville, 354 Mill St, Danville, PA 17821 |
| 5382035 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 08 2021 19:05:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5382037 | | Email/Text: camanagement@mtb.com | Feb 08 2021 19:05:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5387445 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 08 2021 19:15:43 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5382039 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 08 2021 19:15:12 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5382040 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 08 2021 19:05:00 | Midland Credit Mgmt Inc., 2365 Northside Drive, STE 300, San Diego, CA 92108-2709 |
| 5384594 | | Email/PDF: cbp@onemainfinancial.com | Feb 08 2021 19:15:11 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5382044 | + | Email/PDF: cbp@onemainfinancial.com | Feb 08 2021 19:15:41 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5382050 | + | Email/Text: bankruptcy@prosper.com | Feb 08 2021 19:06:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 5386985 | | Email/Text: bnc-quantum@quantum3group.com | Feb 08 2021 19:05:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5382271 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 08 2021 19:15:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5382052 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 08 2021 19:15:40 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5382053 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 08 2021 19:15:40 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5382054 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 08 2021 19:16:21 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 5382055 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 08 2021 19:15:42 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5382056 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 08 2021 19:16:19 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5382057 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 08 2021 19:15:42 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5382060 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 08 2021 19:05:00 | Verizon Wireless Bkrtcy. Admin., 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5382003 | | ADT |
| 5382002 | | Aarons Furniture Rental |
| 5382041 | | Millvile Borough |
| 5382006 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5382013 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5382017 | *+ | Central Loan, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628-6404 |
| 5382021 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 5382025 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5382029 | *+ | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5382030 | *+ | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5382031 | *+ | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5382045 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5382046 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5382047 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5382007 | ##+ | Alltran Financial LP, PO Box 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 3 Undeliverable, 11 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2021  Signature: /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bass and Associates PC | |

| | |
|---|---|
| | on behalf of Creditor CAVALRY SPV I LLC ecf@bass-associates.com |
| Charles J DeHart, III (Trustee) | |
| | TWecf@pamd13trustee.com |
| Michael J McCrystal | |
| | on behalf of Debtor 1 Corenia S. Sirota mccrystallaw@gmail.com sueparalegal@gmail.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

Rev. 12/01/19

LOCAL BANKRUPTCY FORM 3015-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
**Corenia S. Sirota**

CHAPTER 13
CASE NO. 5:20-bk-03625

■ ORIGINAL PLAN
___ AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)
☐ Number of Motions to Avoid Liens
☐ Number of Motions to Value Collateral

## CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| # | Description | Included | Not Included |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☐ Included | ■ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ■ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ■ Not Included |

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1.    PLAN FUNDING AND LENGTH OF PLAN.**

   **A.    Plan Payments From Future Income**

   1. To date, the Debtor paid $___ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $**6,000.00**, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 1 | 60 | 100.00 | 0.00 | 100.00 | 6,000.00 |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   | Total Payments: | $6,000.00 |

   2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 5:20-bk-03625-RNO    Doc 10    Filed 01/12/21    Entered 01/12/21 11:11:16    Desc
                    Main Document         Page 1 of 4
Case 5:20-bk-03625-RNO    Doc 26    Filed 02/10/21    Entered 02/11/21 00:36:42    Desc
              Imaged Certificate of Notice    Page 5 of 8

    3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

    4. CHECK ONE: ■ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

  **B.**   **Additional Plan Funding From Liquidation of Assets/Other**

    1. The Debtor estimates that the liquidation value of this estate is $**0.00**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

  *Check one of the following two lines.*

  ■ No assets will be liquidated. *If this line is checked, the rest of § 1.B.2 and complete § 1.B.3 if applicable*

  ☐ Certain assets will be liquidated as follows:

    2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows: _____

    3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows: _____

**2.**   **SECURED CLAIMS.**

  **A.**   **Pre-Confirmation Distributions.** *Check one.*

■ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

  **B.**   **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

■ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

  **C.**   **Arrears (Including, but not limited to, claims secured by Debtor's principal residence)**. *Check one.*
■ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

  **D.**   **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**
■ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

  **E.**   **Secured claims for which a § 506 valuation is applicable.** *Check one.*
■ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

  **F.**   **Surrender of Collateral.** *Check one.*

■ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

  **G.**   **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

■ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

**3.**   **PRIORITY CLAIMS.**

A. <u>**Administrative Claims**</u>

    1. <u>Trustee's Fees</u>. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

    2. <u>Attorney's fees.</u> Complete only one of the following options:

        a.    In addition to the retainer of $ **1,800.00** already paid by the Debtor, the amount of $ **0.00** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

        b.    $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

    3. <u>Other</u>. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
*Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

B. **<u>Priority Claims (including, certain Domestic Support Obligations)</u>**

Allowed unsecured claims, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| **Internal Revenue Service** | **$5,400.00** |

    C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B)**. *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

4. **UNSECURED CLAIMS**

    A. **Claims of Unsecured Nonpriority Creditors Specially Classified.**
*Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

    B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

■ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

6. **VESTING OF PROPERTY OF THE ESTATE.**

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:*

☐ plan confirmation.
☐ entry of discharge.
☐ closing of case.

7. **DISCHARGE: (Check one)**

■ The debtor will seek a discharge pursuant to § 1328(a).
☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8. ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1:   Adequate protection payments.
Level 2:   Debtor's attorney's fees.
Level 3:   Domestic Support Obligations.
Level 4:   Priority claims, pro rata.
Level 5:   Secured claims, pro rata.
Level 6:   Specially classified unsecured claims.
Level 7:   Timely filed general unsecured claims.
Level 8:   Untimely filed general unsecured claims to which the Debtor has not objected.

**9. NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

Dated:   **January 12, 2021**          /s/ **Michael McCrystal**
                                        **Michael McCrystal 55064**
                                        Attorney for Debtor

                                        /s/ **Corenia S. Sirota**
                                        **Corenia S. Sirota**
                                        Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

4

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case 5:20-bk-03625-RNO    Doc 10    Filed 01/12/21    Entered 01/12/21 11:11:16    Desc
                         Main Document        Page 4 of 4
Case 5:20-bk-03625-RNO    Doc 26    Filed 02/10/21    Entered 02/11/21 00:36:42    Desc
                    Imaged Certificate of Notice    Page 8 of 8