In re:  
Corenia S. Sirota  
    Debtor

Case No. 20-03625-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 4  
Date Rcvd: Mar 26, 2021     Form ID: nttextS     Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Corenia S. Sirota, 584 E Main Street, Millville, PA 17846-9203 |
| cr | + | CAVALRY SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 5382005 | + | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5382008 | + | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisbiurg, PA 17105-2461 |
| 5387997 | + | BBVA USA, PO Box 10566, Birmingham, AL 35296-0001 |
| 5382009 | + | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5382023 | ++ | CORTRUST BANK, PO BOX 7030, MITCHELL SD 57301-7030 address filed with court:, CorTrust Bank, Attn: Bankruptcy, 100 E Havens Ave, Mitchell, SD 57301 |
| 5388560 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 5382016 | + | Central Loan, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628-6404 |
| 5382026 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 5382027 | | EOS/CCA, PO Box 981002, Boston, MA 02298-1002 |
| 5382028 | + | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5382034 | + | Geisinger Health Systems, 100 North Academy Avenue, Danville, PA 17822-9800 |
| 5382036 | + | Lehighow Co. Inc., 74 Eyer Road, Danville, PA 17821-8367 |
| 5389818 | + | M&T Bank, P.O. Box 1508, Buffalo, NY 14240-1508 |
| 5382038 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5387497 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5382042 | | Millville Boro, 136 Morehead Avenue, PO Box 30, Millville, PA 17846-0030 |
| 5382043 | + | OCWEN Loan Servicing, Attn: Bankruptcy, 1661 Worthington Rd St. 100, West Palm Beach, FL 33409-6493 |
| 5382048 | + | OneWest Bank Mortgage Servicing, Attn: Bankruptcy, OneWest Bank, Po Box 7056, Pasadena, CA 91109-7056 |
| 5386594 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5382049 | | PPL Electric Uilities, Customer Services, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5382051 | + | Robinson and Jung LLC, Family Dentistry, 204 East Street, Bloomsburg, PA 17815-1845 |
| 5382058 | + | Ted Heap's Container Service, 388 Jerseytown Road, PO Box 208, Millville, PA 17846-0208 |
| 5387350 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5382059 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, Us Bank, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 26 2021 20:02:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5382004 | + | Email/Text: amscbankruptcy@adt.com | Mar 26 2021 19:46:00 | ADT, 3190 S. Vaughn Way, Aurora, CO 80014-3512 |
| 5386986 | + | Email/Text: amscbankruptcy@adt.com | Mar 26 2021 19:46:00 | ADT LLC, 3190 South Vaughn Way, Aurora, CO 80014-3512 |
| 5382010 | + | Email/Text: defaultspecialty.us@bbva.com | Mar 26 2021 19:44:00 | BBVA Compass, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296-0001 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 5382011 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 26 2021 20:01:35 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5382012 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 26 2021 19:59:07 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5382014 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 26 2021 19:55:35 | Capital One/Younkers, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5382015 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 26 2021 19:54:42 | Carson Smithfield LLC, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 5387867 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2021 20:01:59 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5382018 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2021 19:59:46 | Citibank/Sunoco, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5382019 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2021 19:59:26 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5382020 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 26 2021 19:43:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 5382022 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 26 2021 19:43:00 | ComenityBank/Venus, Attn: Bankruptcy Dept, Po Box 182273, Columbus, OH 43218-2273 |
| 5382024 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 26 2021 19:55:41 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5382032 | + | Email/Text: cashiering-administrationservices@flagstar.com | Mar 26 2021 19:46:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5382033 | | Email/Text: bankruptcy@fult.com | Mar 26 2021 19:46:00 | Fnb Danville, 354 Mill St, Danville, PA 17821 |
| 5382035 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 26 2021 19:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5391441 | + | Email/Text: cashiering-administrationservices@flagstar.com | Mar 26 2021 19:46:00 | LAKEVIEW LOAN SERVICING, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5382037 | | Email/Text: camanagement@mtb.com | Mar 26 2021 19:43:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5387445 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 26 2021 20:00:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5382039 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 26 2021 19:54:43 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5382040 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 26 2021 19:44:00 | Midland Credit Mgmt Inc., 2365 Northside Drive, STE 300, San Diego, CA 92108-2709 |
| 5384594 | | Email/PDF: cbp@onemainfinancial.com | Mar 26 2021 19:57:57 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5382044 | + | Email/PDF: cbp@onemainfinancial.com | Mar 26 2021 19:54:48 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5382050 | + | Email/Text: bankruptcy@prosper.com | Mar 26 2021 19:45:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 5386985 | | Email/Text: bnc-quantum@quantum3group.com | Mar 26 2021 19:44:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5391755 | | Email/Text: bnc-quantum@quantum3group.com | Mar 26 2021 19:44:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5382271 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 20:01:18 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5382052 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 19:58:40 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5382053 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 19:58:37 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5382054 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 19:58:38 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 5382055 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 19:55:12 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5382056 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 19:58:38 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5382057 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 19:58:38 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5382059 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 26 2021 19:44:00 | Us Bank, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 5392400 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 26 2021 20:00:18 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5382060 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 26 2021 19:42:00 | Verizon Wireless Bkrtcy. Admin., 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5382003 | | ADT |
| 5382002 | | Aarons Furniture Rental |
| 5382041 | | Millvile Borough |
| 5382006 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5382013 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5382017 | *+ | Central Loan, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628-6404 |
| 5382021 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 5382025 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5382029 | *+ | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5382030 | *+ | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5382031 | *+ | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5382045 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5382046 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5382047 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5391924 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5382007 | ##+ | Alltran Financial LP, PO Box 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 3 Undeliverable, 12 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bass and Associates PC | on behalf of Creditor CAVALRY SPV I  LLC ecf@bass-associates.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Michael J McCrystal | on behalf of Debtor 1 Corenia S. Sirota mccrystallaw@gmail.com  sueparalegal@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Corenia S. Sirota, | Chapter 13 |
| **Debtor 1** | Case No. 5:20−bk−03625−HWV |

## Notice

A hearing in this matter is currently scheduled for 4/7/2021. Due to the retirement of Judge Opel, this matter has been transferred to Chief Judge Van Eck. Please note that Chief Judge Van Eck does not conduct evidentiary hearings at the time of the confirmation hearing. If is determined that an evidentiary hearing is necessary, it will be scheduled for a future date . (Boyle, Cindy)

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CynthiaBoyle, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 26, 2021 |

Notice Text Entries (Form nttext) (3/20)