United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                     Case No. 20-03625-HWV
Corenia S. Sirota                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                              User: AutoDocke                                     Page 1 of 4
Date Rcvd: Jul 02, 2021                     Form ID: ordsmiss                                 Total Noticed: 67

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Corenia S. Sirota, 584 E Main Street, Millville, PA 17846-9203 |
| cr | + | CAVALRY SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 5382005 | + | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5382008 | + | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisbiurg, PA 17105-2461 |
| 5382023 | ++ | CORTRUST BANK, PO BOX 7030, MITCHELL SD 57301-7030 address filed with court:, CorTrust Bank, Attn: Bankruptcy, 100 E Havens Ave, Mitchell, SD 57301 |
| 5388560 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 5382016 | + | Central Loan, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628-6404 |
| 5382026 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 5382027 | | EOS/CCA, PO Box 981002, Boston, MA 02298-1002 |
| 5382028 | + | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5382034 | + | Geisinger Health Systems, 100 North Academy Avenue, Danville, PA 17822-9800 |
| 5382036 | + | Lehighow Co. Inc., 74 Eyer Road, Danville, PA 17821-8367 |
| 5389818 | + | M&T Bank, P.O. Box 1508, Buffalo, NY 14240-1508 |
| 5382038 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5399665 | + | Matthew Edward Turowski, 38 West 3rd Street, Bloomsburg, PA 17815-1707 |
| 5382042 | | Millville Boro, 136 Morehead Avenue, PO Box 30, Millville, PA 17846-0030 |
| 5399666 | + | Millville Borough, 136 Morehead Avenue, Millville, PA 17846, 38 West 3rd Street, Bloomsburg, PA 17815-1707 |
| 5382043 | + | OCWEN Loan Servicing, Attn: Bankruptcy, 1661 Worthington Rd St. 100, West Palm Beach, FL 33409-6493 |
| 5382048 | + | OneWest Bank Mortgage Servicing, Attn: Bankruptcy, OneWest Bank, Po Box 7056, Pasadena, CA 91109-7056 |
| 5386594 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5382049 | | PPL Electric Uilities, Customer Services, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5382051 | + | Robinson and Jung LLC, Family Dentistry, 204 East Street, Bloomsburg, PA 17815-1845 |
| 5382058 | + | Ted Heap's Container Service, 388 Jerseytown Road, PO Box 208, Millville, PA 17846-0208 |
| 5387350 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: ECMC.COM | Jul 02 2021 22:33:00 | ECMC, ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | + | EDI: RECOVERYCORP.COM | Jul 02 2021 22:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5382004 | + | Email/Text: amscbankruptcy@adt.com | Jul 02 2021 18:33:00 | ADT, 3190 S. Vaughn Way, Aurora, CO 80014-3512 |
| 5386986 | + | Email/Text: amscbankruptcy@adt.com | Jul 02 2021 18:33:00 | ADT LLC, 3190 South Vaughn Way, Aurora, CO 80014-3512 |
| 5382010 | + | Email/Text: defaultspecialty.us@bbva.com | Jul 02 2021 18:33:00 | BBVA Compass, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296-0001 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5387997 | + | Email/Text: defaultspecialty.us@bbva.com | Jul 02 2021 18:33:00 | BBVA USA, PO Box 10566, Birmingham, AL 35296-0001 |
| 5382009 | + | EDI: BANKAMER.COM | Jul 02 2021 22:33:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5382011 | + | EDI: CAPITALONE.COM | Jul 02 2021 22:33:00 | Capital One, AttnL: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5382012 | + | EDI: CAPITALONE.COM | Jul 02 2021 22:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5382014 | + | EDI: CAPITALONE.COM | Jul 02 2021 22:33:00 | Capital One/Younkers, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5382015 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 02 2021 18:37:04 | Carson Smithfield LLC, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 5387867 | | EDI: CITICORP.COM | Jul 02 2021 22:33:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5382018 | + | EDI: CITICORP.COM | Jul 02 2021 22:33:00 | Citibank/Sunoco, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5382019 | + | EDI: CITICORP.COM | Jul 02 2021 22:33:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5382020 | + | EDI: WFNNB.COM | Jul 02 2021 22:33:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 5382022 | + | EDI: WFNNB.COM | Jul 02 2021 22:33:00 | ComenityBank/Venus, Attn: Bankruptcy Dept, Po Box 182273, Columbus, OH 43218-2273 |
| 5382024 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 02 2021 18:37:06 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5422014 | | EDI: ECMC.COM | Jul 02 2021 22:33:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5422015 | | EDI: ECMC.COM | Jul 02 2021 22:33:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 5382032 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jul 02 2021 18:33:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5382033 | | Email/Text: bankruptcy@fult.com | Jul 02 2021 18:33:00 | Fnb Danville, 354 Mill St, Danville, PA 17821 |
| 5382035 | | EDI: IRS.COM | Jul 02 2021 22:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5391441 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jul 02 2021 18:33:00 | LAKEVIEW LOAN SERVICING, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5382037 | | Email/Text: camanagement@mtb.com | Jul 02 2021 18:33:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5387445 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 02 2021 18:37:23 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5382039 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 02 2021 18:37:17 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5387497 | + | EDI: MID8.COM | Jul 02 2021 22:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5382040 | + | EDI: MID8.COM | Jul 02 2021 22:33:00 | Midland Credit Mgmt Inc., 2365 Northside Drive, STE 300, San Diego, CA 92108-2709 |
| 5384594 | | EDI: AGFINANCE.COM | Jul 02 2021 22:33:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5382044 | + | EDI: AGFINANCE.COM | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 02 2021 22:33:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5382050 | + | Email/Text: bankruptcy@prosper.com | Jul 02 2021 18:33:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 5386985 | | EDI: Q3G.COM | Jul 02 2021 22:33:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5391755 | | EDI: Q3G.COM | Jul 02 2021 22:33:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5382271 | + | EDI: RMSC.COM | Jul 02 2021 22:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5382052 | + | EDI: RMSC.COM | Jul 02 2021 22:33:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5382053 | + | EDI: RMSC.COM | Jul 02 2021 22:33:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5382054 | + | EDI: RMSC.COM | Jul 02 2021 22:33:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 5382055 | + | EDI: RMSC.COM | Jul 02 2021 22:33:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5382056 | + | EDI: RMSC.COM | Jul 02 2021 22:33:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5382057 | + | EDI: RMSC.COM | Jul 02 2021 22:33:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5382059 | | EDI: USBANKARS.COM | Jul 02 2021 22:33:00 | Us Bank, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 5392400 | | EDI: AIS.COM | Jul 02 2021 22:33:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5382060 | + | EDI: VERIZONCOMB.COM | Jul 02 2021 22:33:00 | Verizon Wireless Bkrtcy. Admin., 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |

TOTAL: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5382003 | | ADT |
| 5382002 | | Aarons Furniture Rental |
| 5382041 | | Millvile Borough |
| 5382006 | *+ | Aes/pnc Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 5382013 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5382017 | *+ | Central Loan, Attn: Bankruptcy, Po Box 77404, Ewing, NJ 08628-6404 |
| 5382021 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 5382025 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5382029 | *+ | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5382030 | *+ | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5382031 | *+ | Fed Loan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 5382045 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5382046 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5382047 | *+ | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5391924 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5382007 | ##+ | Alltran Financial LP, PO Box 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 3 Undeliverable, 12 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 04, 2021   Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bass and Associates PC | on behalf of Creditor CAVALRY SPV I  LLC ecf@bass-associates.com |
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Michael J McCrystal | on behalf of Debtor 1 Corenia S. Sirota mccrystallaw@gmail.com  sueparalegal@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Corenia S. Sirota,          Chapter     13

    **Debtor 1**

                                            Case No.     5:20−bk−03625−HWV

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: July 2, 2021                                           By the Court,

                                                                Honorable Henry W. Van Eck
                                                                Chief Bankruptcy Judge
                                                                By: LyndseyPrice, Deputy Clerk

ordsmiss (05/18)